UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

5200 Enterprises Limited.

Case No. 3:18-bk-01646-JAF
Chapter 11

_____Debtor(s)_____/

5200 Enterprises Limited         .        **Eleventh Circuit Court of Appeals Docket No. 8:20-13462**

5200 Enterprises Limited v City of New York,

Plaintiff(s)

Defendant-Appellee

vs.

Adv. Pro. No.3:19-ap-00021-JAF

City of New York

_____Defendant(s)_____/

**TRANSMITTAL OF DIRECT APPEAL**

Certification of Direct Appeal to the United States Court of Appeals Eleventh Circuit signed on July 16, 2020 and entered on July 20, 2020 in bankruptcy case 3-18-bk-01646-JAF and adversary proceeding 3:19-ap-00021-JAF.

The party or parties included in the appeals to the District Court are:

APPELLANT: 5200 Enterprises Limited

    ATTORNEY: D. Brad Hughes, Esq.
    One Independent Drive, Suite 1400
    Jacksonville, FL  32202
    (904)389-0500
    bhughes@jimersonfirm.com

APPELLEE: City of New York

    ATTORNEY:
    Aaron Wernick, Esq. 2255
    Glades Road, Suite 301E
    Middle District of Florida
    Boca Raton, Florida  33431
    (561)395-0050
    awernick@furrcohen.com

The items included in this transmittal are:

1. Certification of Direct Appeal signed on July 16, 2020 and entered on July 20, 2020
2. Designation filed by Appellant
3. Designation filed by Appellee
4. All Items designated by the parties

DATED on March 29, 2021.

>FOR THE COURT
>Sheryl Loesch, Clerk of Court
>Sam M. Gibbons United States Courthouse
>801 North Florida Avenue, Suite 555,
>Tampa, FL 33602